IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:11-CV-013** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **TIFFANY L. BINDER** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 21st day of December, 2011, it is hereby ORDERED that plaintiff's motion for confirmation of public sale (Doc. 12), which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED that said motion is GRANTED as follows:

1. The public sale held on November 1, 2011, is hereby confirmed and the interest of all lien holders are divested.

2. The Marshal is ordered and directed to execute and deliver to The United States Department of Agriculture, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest in TIFFANY L. BINDER in and to the premises sold located at 600 East Patterson Street, Lansford, PA 18232.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its deliver to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. Jurisdiction is retained for such further orders or decrees as may be necessary.

                                                                          S/ Christopher C. Conner
                                                                         CHRISTOPHER C. CONNER
                                                                          United States District Judge